No. 96–6021. VAUGHAN v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–6024. VON DOHLEN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–6044. STANTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–6045. LARRY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 96–6059. GILLIARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6073. NELSON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–6081. RICHARDSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–6084. PITTS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–6086. BROWN-KIMBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6111. CORRALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6113. CHINN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6116. NELSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6118. WINSLOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6119. TIDWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.